UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 4:CR-92-322

v. : CRIMINAL NO.

RON MOORE : (VIO: 18 U.S.C. §§
CARLOS JOHNSON : 7(3); 1111; 2; 1791(a)(2)
: & 1791(d)(1)(B))

FILED
DEC 16 1992

I N D I C T M E N T

COUNT ONE

**THE GRAND JURY CHARGES:**

On or about the 17th day of July, 1990, in the Middle District of Pennsylvania, at the United States Penitentiary, Lewisburg, Kelly Township, Union County, Commonwealth of Pennsylvania, a place within the special maritime and territorial jurisdiction of the United States, the defendants,

RON MOORE
CARLOS JOHNSON

with premeditation and malice aforethought, did kill Harry MacDonald, by stabbing him with a home-made knife, by beating, kicking, and stomping him on and about the head, chest, and abdomen, and by bludgeoning him with a fire extinguisher, and did aid, abet, counsel, command, and induce each other to commit said offense.

All in violation of Title 18, United States Code, Section 7(3), 1111, and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

1. The Grand Jury hereby incorporates by reference, as though set forth fully herein, Count One of the Indictment.

2. On or about the 17th day of July, 1990, at the United States Penitentiary, Lewisburg, Kelly Township, Union County, Commonwealth of Pennsylvania, in the Middle District of Pennsylvania, the defendant,

**CARLOS JOHNSON**

an inmate in the aforesaid penitentiary possessed a prohibited object, to wit: a weapon, specifically a home-made knife.

All in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(d)(1)(B).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES:**

1. The Grand Jury hereby incorporates by reference, as though set forth fully herein, Counts One and Two of the Indictment.

2. On or about the 17th day of July, 1990, at the United States Penitentiary, Lewisburg, Kelly Township, Union County, Commonwealth of Pennsylvania, in the Middle District of Pennsylvania, the defendant,

**RON MOORE**

an inmate in the aforesaid penitentiary possessed a prohibited object, to wit: a weapon, specifically a fire extinguisher intended to be used as a weapon.

2

All in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(d)(1)(B).

A TRUE BILL

_____
FOREMAN

Date: December 16, 1992

_____
JAMES J. WEST
United States Attorney

JJW:GJR:jmm
90R8635

3